IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| MIGUEL DAVID GEDO et al., <br><br> Plaintiffs, <br><br><br> vs. <br><br><br> PLEASANT GROVE CITY CORPORATION et al., <br><br> Defendants. | ORDER ADOPTING MAGISTRATE JUDGE WARNER'S REPORT AND RECOMMENDATION <br><br><br><br><br> Case No. 2:05-CV-00363 PGC |

On May 12, 2006, Magistrate Judge Paul Warner issued a report and recommendation to this court in which he recommended that plaintiff Miguel David Gedo's motion for summary judgment be denied.[1] The report was sent to Mr. Gedo. It informed him that he had ten (10) days to file objections in this court and that failure to object may constitute waiver of any objections upon subsequent review. Mr. Gedo's time for objecting expired on May 26, 2006, without Mr. Gedo filing any objections.

The court has thoroughly reviewed Judge Warner's report and recommendation, together with all the underlying material upon which it was based. After conducting this review, the court

---

[1] Docket No. 16.

finds that Judge Warner's conclusions are well reasoned.  The court therefore ADOPTS in full the report and recommendation.  Mr. Gedo's motion for summary judgment is DENIED.

    SO ORDERED.

    DATED this 1st day of June, 2006.

                      BY THE COURT:

                        _____
                      Paul G. Cassell
                      United States District Judge