IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| MIGUEL DAVID GEDO et al., Plaintiffs, vs. PLEASANT GROVE CITY CORPORATION et al., Defendants. | SECOND ORDER ADOPTING MAGISTRATE JUDGE WARNER'S REPORT AND RECOMMENDATION  Case No. 2:05-CV-00363 PGC |

On July 3, 2007, Magistrate Judge Paul Warner issued a report and recommendation to this court in which he recommended that the defendants' motion for summary judgment be granted.[1] The report was sent to Mr. Gedo and the other parties. It informed the parties that they had ten (10) days to file objections in this court and that failure to object may constitute waiver of any objections upon subsequent review. Mr. Gedo's time for objecting expired without Mr. Gedo filing any objections.

The court has thoroughly reviewed Judge Warner's report and recommendation, together with all the underlying materials upon which it was based. After conducting this review, the

---

[1] Docket No. 25.

court finds that Judge Warner's conclusions are well-reasoned.  The court, therefore, ADOPTS in full the report and recommendation.  The defendants' motion for summary judgment is GRANTED.  The clerk's office is directed to enter judgment accordingly and to close the case.

    SO ORDERED.

    DATED this 13th day of September, 2007.

                            BY THE COURT:

                            _____
                            Paul G. Cassell
                            United States District Judge